UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C. ANDREW TENEYCK,

       Plaintiff,                            Case No. 1:14–cv–00201–GJQ

v.                                        Hon. Gordon J. Quist

CHESAPEAKE ENERGY
CORPORATION, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Dismiss/Failure to State a Claim – #7<br>Motion to Dismiss/Failure to State a Claim – #8<br>Motion to Dismiss/Failure to State a Claim – #10 |
| Date/Time: | October 29, 2014   02:00 PM |
| Judge: | Gordon J. Quist |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                                        GORDON J. QUIST
                                                        United States District Judge

Dated:  October 7, 2014        By:  /s/ Jane M. Tepper_____
                                                Judicial Assistant