# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE TENEYCK MINERAL TRUST, BY C. ANDREW TENEYCK, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION, SILVER LAKE ENERGY, LLC, ENCANA CORPORATION, and ENCANA OIL & GAS (USA) INC.,<br><br>    Defendants. | Case No.14-cv-00201-GJQ<br><br>Hon. Gordon J. Quist<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHESAPEAKE ENERGY CORPORATION** |

Brian J. Masternak (P57372)
Charles N. Ash, Jr. (P55941)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
bmasternak@wnj.com
cash@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000
Co-Counsel for Plaintiff

Susan L. Hlywa Topp (P46230)
TOPP LAW PLC
213 Main St.
Gaylord, MI 49734
susan@topplaw.com
989.731.4014
Co-Counsel for Plaintiff

Molly S. Boast
Jason D. Hirsch
Hanna A. Baek
Ryan D. Tansey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212.230.8800
molly.boast@wilmerhale.com
jason.hirsch@wilmerhale.com
hanna.baek@wilmerhale.com
ryan.tansey@wilmerhale.com

*Attorneys for Defendants Chesapeake Energy Corporation and Silver Lake Energy, LLC*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chesapeake Energy Corporation ("Chesapeake") makes the following disclosure through its undersigned counsel:  Defendant Chesapeake is a publicly traded company organized under the laws of Oklahoma.  Chesapeake has no parent company, and no publicly held entity or corporation owns 10% or more of its stock.

Dated: October 10, 2014

                                         By: /s/ Molly S. Boast_____
                                         Molly S. Boast
                                         WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         212.230.8800
                                         molly.boast@wilmerhale.com