UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TENEYCK MINERAL TRUST,
BY C. ANDREW TENEYCK, TRUSTEE,

    Plaintiff,

v

CHESAPEAKE ENERGY CORPORATION,
SILVER LAKE ENERGY, LLC,
ENCANA CORPORATION, and
ENCANA OIL & GAS (USA) INC.

    Defendants.
_____/

Case No. 1:14-cv-00201-GJQ

Judge Gordon J. Quist

**STIPULATION BETWEEN PLAINTIFF AND ENCANA CORPORATION and ENCANA OIL & GAS (USA) INC. CONCERNING DATE TO RESPOND TO COMPLAINT**

Brian J. Masternak (P57372)
Charles N. Ash, Jr. (P55941)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
bmasternak@wnj.com
cash@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000

Susan L. Hlywa Topp (P46230)
TOPP LAW PLC
213 Main St. Gaylord, MI 49734
susan@topplaw.com
989.731.4014

*Co-Counsel for Plaintiff*

Gregory L. Curtner (P12414)
Frederick R. Juckniess P64032)
Jessica Sprovtsoff (P70218)
SCHIFF HARDIN LLP
350 South Main Street, Ste. 210
Ann Arbor, MI 48104
gcurtner@schiffhardin.com
rjuckniess@schiffhardin.com
jsprovtsoff@schiffhardin.com
734.222.1500
*Attorneys for Defendants Encana Corporation & Encana Oil & Gas (USA)*

Molly S. Boast
Sanket J. Bulsara
WILMER CUTLER PICKERING HALE & DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Molly.Boast@wilmerhale.com
Sanket.Bulsara@wilmerhale.com
212-230-8800

*Attorneys for Defendants Chesapeake Energy Corp & O.I.L. Niagaran, L.L.C.*

Plaintiff The Teneyck Mineral Trust, by C. Andrew Teneyck, Trustee, ("Teneyck") and Defendants Encana Corporation and Encana Oil & Gas USA, Inc., only, by and through their respective counsel stipulate as follows:

WHEREAS, the Court has issued an Order pertaining to the 12(b)(6) Motions of defendants, but granting Plaintiff additional time to address certain issues; and

WHEREAS, in order to resolve any ambiguity regarding the time for defendants Encana Corporation and Encana Oil & Gas (USA) Inc. to answer or respond to the Complaint, the Encana Corporation, Encana Oil & Gas, (USA) Inc. and the TenEyck Mineral Trust by C. Andrew TenEyck, Trustee have agreed to this stipulation;

The parties hereby stipulate and agree that Defendants Encana Corporation and Encana Oil & Gas USA, Inc., will have until 14 days after the Court issues its final order addressing the defendants' 12(b)(6) motions to answer and respond to the plaintiff's Complaint.

IT IS SO ORDERED.

Dated: November 17, 2014

/s/ Gordon J. Quist
Honorable Gordon J. Quist
United States District Judge

SO STIPULATED:

WARNER NORCROSS & JUDD LLP
Attorneys for Plaintiff The Teneyck Mineral Trust, by C. Andrew Teneyck, Trustee

By: /s/ David R. Whitfield
David R. Whitfield (P73352)
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
dwhitfield@wnj.com
616.752.2000

SCHIFF HARDIN LLP
Attorneys for Defendants Encana Corporation and Encana Oil & Gas (USA) Inc.

By: /s/ Frederick R. Juckniess
Frederick R. Juckniess (P64032
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1504
rjuckniess@schiffhardin.com

41983-0003

2