# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE TENEYCK MINERAL TRUST, BY C. ANDREW TENEYCK, TRUSTEE,<br>　　　Plaintiff,<br>v.<br><br>CHESAPEAKE ENERGY CORPORATION, SILVER LAKE ENERGY, LLC, ENCANA CORPORATION, and ENCANA OIL & GAS (USA) INC.,<br>　　　Defendants. | Case No.14-cv-00201-GJQ<br><br>Hon. Gordon J. Quist<br><br>**CHESAPEAKE ENERGY CORPORATION AND SILVER LAKE ENERGY, LLC'S MOTION FOR LEAVE TO FILE A REPLY** |

Brian J. Masternak (P57372)
Charles N. Ash, Jr. (P55941)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
bmasternak@wnj.com
cash@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000
Co-Counsel for Plaintiff

Susan L. Hlywa Topp (P46230)
TOPP LAW PLC
213 Main St.
Gaylord, MI 49734
susan@topplaw.com
989.731.4014
Co-Counsel for Plaintiff

Molly S. Boast
Jason D. Hirsch
Hanna A. Baek
Ryan D. Tansey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212.230.8800
molly.boast@wilmerhale.com
jason.hirsch@wilmerhale.com
hanna.baek@wilmerhale.com
ryan.tansey@wilmerhale.com

Anthony J. Rusciano (P29834)
PLUNKETT COONEY, P.C.
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
arusciano@plunkettcooney.com
248.901.4000
*Attorneys for Defendants Chesapeake Energy Corporation and Silver Lake Energy, LLC*

On November 4, 2014, this Court issued an Order granting in part and denying in part the motion to dismiss filed by Chesapeake Energy Corporation and Silver Lake Energy, LLC (collectively, "Defendants") in the above-captioned matter. *See* Dkt. No. 33. Regarding Plaintiff's fraud claims, the Court's Order allowed Plaintiff an opportunity to respond to Defendants' argument that that the holding in *Cassidy v. Kraft-Phenix Cheese Corp.*, 280 N.W. 814 (Mich. 1938), prevents Plaintiff from prevailing on its fraud claims. Plaintiff's response is due November 18, 2014.

Defendants respectfully request this Court's permission to file a reply of no more than five pages no later than November 25, 2014, should such a reply seem necessary, to Plaintiff's response on the issue raised by *Cassidy*.

In accordance with this District's Local Rule 7.1(d), Defendants contacted counsel for Plaintiff to seek their consent to file a short reply brief on this issue. Counsel for Plaintiff do not consent to Defendants having the opportunity to file a reply.

Dated: November 17, 2014

                                                        Respectfully submitted,

                                                        s/ Molly S. Boast
                                                        Molly S. Boast
                                                        WILMER CUTLER PICKERING
                                                         HALE AND DORR LLP
                                                        7 World Trade Center
                                                        250 Greenwich Street
                                                        New York, NY 1000
                                                        Tel. (212) 230-8800
                                                        Fax (212) 230-8888
                                                        molly.boast@wilmerhale.com