# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| THE TENEYCK MINERAL TRUST, BY C. ANDREW TENEYCK, TRUSTEE, | Case No.: 1:14-cv-00201 |
| Plaintiff, | Honorable Gordon J. Quist |
| vs. | **CORRECTED EXHIBITS TO PLAINTIFF TEN EYCK MINERAL TRUST'S MOTION FOR PARTIAL RECONSIDERATION OR, IN THE ALTERNATIVE, FOR LEAVE TO AMEND COMPLAINT [DKT. #37]** |
| CHESAPEAKE ENERGY CORPORATION, SILVER LAKE ENERGY, LLC, ENCANA CORPORATION and ENCANA OIL & GAS, (USA) INC. | |
| Defendants, | |

_____/

Brian J. Masternak (P57372)
Charles N. Ash, Jr. (P55941)
Lance R. Zoerhof (P63908)
David R. Whitfield (P73352)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000
Co-Counsel for Plaintiff

Susan L. Hlywa Topp (P46230)
TOPP LAW PLC
213 Main Street
Gaylord, MI 49734
(989) 731-4010

Anthony Joseph Rusciano
Plunkett Cooney (Bloomfield Hills)
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4038
Email: arusciano@plunkettcooney.com

Jason D. Hirsch
Molly S. Boast
Ryan D. Tansey
Wilmer Cutler Pickering Hale & Dorr LLP (NY)
7 World Trade Center
New York, NY 10007
(212) 937-7262
Email: jason.hirsch@wilmerhale.com
Email: Molly.Boast@wilmerhale.com
Email: ryan.tansey@wilmerhale.com
*ATTORNEYS FOR DEFENDANT CHESAPEAKE ENERGY CORPORATION*

Frederick R. Juckniess (P64032)
Gregory L. Curtner (P12414)
Jessica Ann Sprovtsoff (P70218)
Robert J. Wierenga (P59785)
Schiff Hardin LLP (MI)
350 Main St., Ste. 210
Ann Arbor, MI 48104
(734) 222-1504
Fax: 734-222-1501
Email: rjuckniess@schiffhardin.com
Email: gcurtner@schiffhardin.com
Email: jsprovtsoff@schiffhardin.com
Email: rwierenga@schiffhardin.com
*ATTORNEYS FOR DEFENDANT ENCANA CORPORATION and ENCANA OIL & GAS (USA) INC.*

---

Corrected Exhibits A and C to Plaintiff Ten Eyck Mineral Trust's Motion For Partial Reconsideration Or, In The Alternative, For Leave To Amend Complaint [Dkt. #37] are attached hereto as Exhibits A and C.