IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TEN EYCK MINERAL TRUST,
BY C. ANDREW TEN EYCK, TRUSTEE,

Plaintiff,

vs.

CHESAPEAKE ENERGY CORPORATION,
SILVER LAKE ENERGY, LLC,
ENCANA CORPORATION and
ENCANA OIL & GAS, (USA) INC.

Defendants.

Case No.: 1:14-cv-00201

Honorable Gordon J. Quist

## PLAINTIFF TEN EYCK MINERAL TRUST'S MOTION FOR LEAVE TO FILE A REPLY TO CHESAPEAKE ENERGY CORPORTATION AND SILVER LAKE'S OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND (DKT. # 42)

Plaintiff Ten Eyck Mineral Trust ("**Ten Eyck**"), by its attorneys, Warner Norcross & Judd LLP, moves this Court for leave to file a reply to Defendant Chesapeake Energy Corporation and Silver Lake Energy LLC's ("**Chesapeake**") Opposition to Plaintiff's Omnibus Motion for Reconsideration and for Leave to Amend. (Dkt. # 42.)

On November 18, 2014, Ten Eyck filed its motion for partial reconsideration of this Court's dismissal of its breach of contract claim, or, in the alternative, for leave to amend its Complaint. (Dkt. # 38.) Chesapeake filed its response to Ten Eyck's motion on January 5, 2015. (Dkt. # 42.) In its response, Chesapeake argues that Ten Eyck's motion for leave to amend should be denied because allowing its pre-answer amendment would unduly prejudice Chesapeake based on Ten Eyck's alleged "undue delay," and that the proposed amendment is futile. (*Id.*) Ten Eyck could not have anticipated the specific bases for Chesapeake's opposition to Ten Eyck's request for leave to amend, and has not had any opportunity to respond to these

arguments, which were raised for the first time in Chesapeake's 30 page long opposition brief.

Ten Eyck respectfully requests leave under Local Rule 7.3(c) to file a reply to Chesapeake's January 5 brief for the purpose of responding to Chesapeake's arguments in opposition to Ten Eyck's request for leave to file the proposed First Amended Complaint. If the Court deems leave appropriate, Ten Eyck requests that its reply be due not later than fourteen (14) days after the Court issues an order permitting such a reply.

Plaintiff's counsel certifies that they have sought Defendants' concurrence in the relief requested in this motion under Rule 7.1(d). Defendants Encana Corporation and Encana Oil & Gas, Inc. have indicated that they will not oppose the motion, but concurrence from Defendants Chesapeake Energy Corporation and Silver Lake Energy, LCC was not obtained.

Dated: January 7, 2014

By: /s/ Lance R. Zoerhof
Brian J. Masternak (P57372)
Charles N. Ash, Jr. (P55941)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
bmasternak@wnj.com
cash@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000

12029893-1