IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| THE TEN EYCK MINERAL TRUST, BY C. ANDREW TEN EYCK, TRUSTEE, | Case No.: 1:14-cv-00201 |
| Plaintiff, | Honorable Gordon J. Quist |
| vs. | |
| CHESAPEAKE ENERGY CORPORATION, SILVER LAKE ENERGY, LLC, ENCANA CORPORATION and ENCANA OIL & GAS, (USA) INC. Defendants. | **[PROPOSED] ORDER REGARDING PLAINTIFF TEN EYCK MINERAL TRUST'S MOTION FOR LEAVE TO FILE A REPLY TO CHESAPEAKE ENERGY CORPORATION AND SILVER LAKE'S OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND (DKT. # 42)** |

Plaintiff Ten Eyck Mineral Trust has fourteen (14) days from the date of this Order to file a reply to Defendant Chesapeake Energy Corporation and Silver Lake Energy LLC's Opposition to Plaintiff's Omnibus Motion for Reconsideration and for Leave to Amend.

SO ORDERED.

Dated:

_____
Honorable Gordon J. Quist
United States District Court Judge