**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE TENEYCK MINERAL TRUST,                    Case No.14-cv-00201-GJQ
BY C. ANDREW TENEYCK, TRUSTEE,
            Plaintiff,                                    Hon. Gordon J. Quist
v.

CHESAPEAKE ENERGY CORPORATION,          **ORDER ON**
SILVER LAKE ENERGY, LLC,                          **STIPULATION AMONG THE**
ENCANA CORPORATION, and                          **PARTIES CONCERNING DATE TO**
ENCANA OIL & GAS (USA) INC.,                       **RESPOND TO COMPLAINT**
            Defendants.

_____ /

       The Court, having considered the foregoing Stipulation, HEREBY ORDERS that the

deadline for Chesapeake, Silver Lake, and Encana to answer or otherwise respond to Plaintiff's

complaint shall be 20 days after the Court issues a final order on Plaintiff's pending motion for

leave to amend.


IT IS SO ORDERED.


Dated:  February 6, 2015

                                       __/s/ Gordon J. Quist__
                                       Hon. Gordon J. Quist
                                       United States District Judge