### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| THE TENEYCK MINERAL TRUST,<br>BY C. ANDREW TENEYCK, TRUSTEE<br>Plaintiff,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION,<br>SILVER LAKE ENERGY, LLC,<br>ENCANA CORPORATION, and<br>ENCANA OIL & GAS (USA) INC.,<br>Defendants. | Case No. 14-cv-00201-GJQ<br><br>Hon. Gordon J. Quist<br><br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER FOR SUBSTITUTION OF ATTORNEYS** |

_____/

Brian J. Masternak (P57372)
Charles N. Ash, Jr. (55941)
Lance R. Zoerhof (P63980)
David R. Whitfield (P73352)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
 Grand Rapids, MI 49503-2487
bmasternak@wnj.com
cash@wnj.com
lzoerhof@wnj.com
dwhitfield@wnj.com
616.752.2000
Attorneys for Plaintiff

Susan L. Hlywa Topp (46230)
TOPP LAW PLC
213 Main Street
Gaylord, MI  49734
susan@toplaw.com
989.731.4014
Co-Counsel for Plaintiff

Molly S. Boast
Jason D. Hirsch
Hanna A. Baek
Ryan D. Tansey
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com
jason.hirsch@wilmerhale.com
hanna.baek@wilmerhale.com
ryan.tansey@wilmerhale.com
212.230.8800
Attorneys for Defendants Chesapeake
Energy Corporation and Silver Lake Energy

| | |
|---|---|
| Gregory L. Curtner (P12414)<br>Jessica Srovtsoff (P70218)<br>Frederick R. Juckniess (P64032)<br>SCHIFF HARDIN LLP<br>350 South Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>gcurtner@schiffhardin.com<br>jsprovtsoff@schiffhardin.com<br>fjuckniess@schiffhardin.com<br>734.222.1500<br>Attorneys for Defendants Encana Corporation and Encana Oil & Gas USA Inc. | Dennis G. Cowan (P36184)<br>Anthony J. Rusciano (P29834)<br>Michael J. Barton (P34509)<br>PLUNKETT COONEY<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI  48304<br>dcowan@plunkettcooney.com<br>arusciano@plunkettcooney.com<br>mbarton@plunkettcooney.com<br>248.901-4000<br>Attorneys for Defendants Chesapeake Energy Corporation and Silver Lake Energy |

_____/

## NOTICE OF SUBSTITUTION OF ATTORNEYS

Pursuant to the request of Defendants Chesapeake Energy Corporation ("Chesapeake") and Silver Lake Energy, LLC ("Silver Lake") the law firm of Byrnes Keller Cromwell LLP shall substitute in place and instead of the law firm of WilmerHale LLP in representing these parties as counsel in the above-entitled proceeding.  As a result, WilmerHale LLP and its attorneys Molly S. Boast, Jason D. Hirsch, Hanna A. Baek and Ryan D. Tansey shall be permitted to withdraw as counsel for Chesapeake and Silver Lake and Byrnes Keller Cromwell LLP and its attorneys Paul Renwick Taylor, Bradley Scott Keller and Nicholas Robert Ryan Lang are permitted to replace WilmerHale LLP as counsel for Chesapeake and Silver Lake. Finally Plunkett Cooney and its attorneys Dennis G. Cowan, Anthony J. Rusciano and Michael J. Barton shall also continue as counsel for Chesapeake and Silver Lake.

## **ORDER GRANTING SUBSTITUTION OF ATTORNEYS**

Counsel for Chesapeake Energy Corporation ("Chesapeake") and Silver Lake, LLC ("Silver Lake") having presented a Notice of Substitution of Attorneys to this Court, IT IS NOW ORDERED:

1. The law firm of Byrnes Keller Cromwell LLP shall substitute in place and instead of the law firm of WilmerHale LLP in the representation of Chesapeake and Silver Lake.

2. The law firm of WilmerHale LLP and its attorneys Molly S. Boast, Jason D. Hirsch, Hanna A. Baek and Ryan D. Tansey are permitted to withdraw as counsel for Chesapeake and Silver Lake.

3. The law firm of Byrnes Keller Cromwell LLP and its attorneys Paul Renwick Taylor, Bradley Scott Keller and Nicholas Robert Ryan Lang are permitted to appear as counsel for Chesapeake and Silver Lake.

4. The law firm of Plunkett Cooney and its attorneys Dennis G. Cowan, Anthony J. Rusciano and Michael J. Barton shall also continue as counsel for Chesapeake and Silver Lake.

**IT IS SO ORDERED**

_____
U.S. District Court Judge

APPROVED AS TO FORM AND CONTENT
WITH NOTICE OF ENTRY WAIVED:

| | |
|---|---|
| WILMERHALE LLP | BYRNES KELLER CROMWELL LLP |
| By:  /s/Molly S. Boast | By:  /s/Paul R. Taylor |
| Molly S. Boast | Bradley J. Keller |
| Jason D. Hirsch | Paul R. Taylor |
| Hanna A. Baek | Nicholas Robert Ryan Lang |
| Ryan D. Tansey | Byrnes Keller Cromwell LLP |
| WILMERHALE LLP | 1000 2nd Avenue, #3800 |
| 7 World Trade Center | Seattle, WA  98104 |
| 250 Greenwich Street | Attorneys for Chesapeake Energy Corporation and Silver Lake, LLC |
| New York, NY 10007 | |
| molly.boast@wilmerhale.com | |
| jason.hirsch@wilmerhale.com | |
| hanna.baek@wilmerhale.com | |
| ryan.tansey@wilmerhale.com | |
| 212.230.8800 | |
| Attorneys for Defendants Chesapeake Energy Corporation and Silver Lake, LLC | |

PLUNKETT COONEY

By:  /s/Anthony J. Rusciano
Anthony J. Rusciano
Dennis G. Cowan
Michael J. Barton
PLUNKETT COONEY
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI  48304
dcowan@plunkettcooney.com
arusciano@plunkettcooney.com
mbarton@plunkettcooney.com
248.901-4000
Attorneys for Defendants Chesapeake Energy Corporation and Silver Lake, LLC

Open.22855.30743.15620318-1